```
                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF OHIO
                         WESTERN DIVISION
                              - - -
UNITED STATES OF AMERICA,      .  Case Number 1:20-cr-74
                               .
            Plaintiff,         .
                               .  Status Hearing
        - v -                  .
                               .
DARIAS JACKSON, et al.,        .  Monday, October 18, 2021
                               .  2:30 p.m.
            Defendants.        .  Cincinnati, Ohio
. . . . . . . . . . . . . . . .

                   TRANSCRIPT OF PROCEEDINGS
           BEFORE THE HONORABLE MICHAEL R. BARRETT

APPEARANCES:

For the Plaintiff:

KELLY K. ROSSI, ESQ.
JULIE D. GARCIA, ESQ.
United States Attorney's Office
221 East Fourth Street, Suite 400
Cincinnati, Ohio  45202

For the Defendant Darias Jackson:

RAVERT J. CLARK, ESQ.         JODIE DREES GANOTE, ESQ.
114 East Eighth Street        215 East Ninth Street
Cincinnati, Ohio  45202       Cincinnati, Ohio  45202

For the Defendant Jessica Brown:

ZENAIDA R. LOCKARD, ESQ.
Federal Public Defender's Office
200 East Fifth Street, Suite 350
Cincinnati, Ohio  45202

For the Defendant Gregory Jackson:

STEPHANIE KESSLER, ESQ.
455 Delta Avenue, Suite 105
Cincinnati, Ohio 45226

Law Clerk:         Lindsay Littleton, Esq.
Courtroom Deputy:  Krista Zeller
Court Reporter:    Maryann T. Maffia, RDR
```