UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,
     Plaintiff,

Case No_____1:20cr074-1
     1:12cr095

Darias Jackson,
     Defendant.

Judge Michael R. Barrett

**CRIMINAL SENTENCING MINUTES**
**Judge Michael R. Barrett**

Courtroom Deputy: Krista Zeller
Court Reporter: Maryann Maffia, Official
USPO: Meredith Miller
Date:   10/6/2025

Time: 2:00 - 3:30

Asst. United States Attorney: _Julie Garcia_  Defendant Attorney: _Paul Laufman_
                                                                 Jodie Ganote

✓ Dft plead to Count(s) _2,3,6_ of Second Superseding Indictment
_____ Dft found guilty to Count(s) _____ Indictment

**Procedure**: Defendant Admits to SRV in 1:12cr095, to run concurrent with
✓ Sentencing     Sentence in 1:20cr074-1
✓ PSI reviewed by the parties. _____ PSI adopted.
_____ No Objections  ✓ Objections ___ Plaintiff ✓ Defendant
✓ Considered for sentencing (___ ~~letter(s) from~~ testimony from A.W. victim of Shooting
    ___ Motion by USA/Dft (___side bar held/___ sealed)
    ✓ Plf sentencing memo / 211 - Exhibits Shown in Court
    ✓ Dft sentencing memo / 212
    ✓ Mitigation _____ Dft Cnsl Statement ___ Dft Statement ___ Plf Statement
*******************************************************************************************************

**Sentencing**: Continued until 10/7 at 1:00 _____ Fine $_____ (interest waived)
_____ Defendant sentenced.                  _____ Special Assessment $_____
_____ Probation _____ Years              _____ Restitution $_____
_____ Custody  (remanded/vol sur.)       _____ Forfeiture (see _____)
    Count 2 _____Mos consecutive/concurrent
    Count 3 _____Mos = Consecutive/Concurrent to Count(s)_____ (total ____)
    Count 6_____Mos = Consecutive/Concurrent to Count(s)_____ (total ____)

_____ Supervised Release
    Count 2 _____Mos consecutive/concurrent
    Count 3 _____Mos = Consecutive/Concurrent to Count(s)_____ (total ____)
    Count 6 _____Mos = Consecutive/Concurrent to Count(s)_____ (total ____)

| __ firearms; __ criminal conduct ___ DNA | ___ BOP substance abuse treatment | _____ BOP apprenticeship program | _____ SA substance abuse treatment |
|---|---|---|---|
| ____ SA Vocational Training | ___ | ___ | |

_____ Dismissal of Counts (Motion/Order) presented as to remaining counts (Counts 1 & 7)

_____ Informed of Defendant's Right to Appeal    _____ Clerk to Prepare Appeal Notice